AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**
**HARRISBURG**

DEC 17 2015

PER _____

**DEPUTY CLERK**

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JALIL IBN AMEER AZIZ | ) | |
| | ) | 1:15- MJ- 81 |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____July 2014 to the present_____ in the county of _____Dauphin_____ in the _____Middle_____ District of _____Pennsylvania_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC §§ 2339B | Conspiring, and attempting to provide, material support or resources to a designated foreign terrorist organization. |

This criminal complaint is based on these facts:

I, Jeffrey D. Gruppo, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Jeffrey D. Gruppo, SA, Task Force Officer, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12-17-15

_____
_Judge's signature_

City and state:        Harrisburg, Pennsylvania

Martin C. Carlson, Chief Magistrate Judge
_Printed name and title_